FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JAN 1 6 2014

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )    **4:14CR0005 CEJ/SPM**
)
RASHAD SHABAZZ, )
)
Defendant. )

## INDICTMENT

The Grand Jury charges that:

On or about November 5, 2013, in the Eastern District of Missouri, the defendant,

**RASHAD SHABAZZ,**

did intentionally traffic in goods and did knowingly use counterfeit marks, to wit: large quantities of apparel purportedly manufactured by Timberland, Nike, Polo Ralph Lauren, True Religion.

In violation of Title 18, United States Code Section 2320.

A TRUE BILL

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
Thomas C. Albus, #96250
Assistant United States Attorney